IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:15-cr-074** |
| | : | |
| **v.** | : | |
| | : | |
| **DOROTHY WASHINGTON** | : | **Judge Sylvia H. Rambo** |

# **M E M O R A N D U M**

Before the court is a letter from Defendant Dorothy Washington ("Washington") requesting a reduction of her sentence. (Doc. 157.) The letter will be deemed to be a motion for reduction of sentence. Washington seeks to have the two point enhancement for possession of a firearm waived so that she can qualify for early release.

A court may amend or correct a sentence under the following conditions: (1) Where a successful appeal requires a resentencing on remand; (2) under Federal Rule of Criminal Procedure 35 to correct a clear error or where the USA files for a reduction for substantial assistance; (3) where the sentencing commission subsequently lowered the sentencing range and makes the amendment retroactively applicable; and (4) where extraordinary or compelling reasons exist, but only on a motion by the Bureau of Prisons. 18 U.S.C. § 3582(a)(1)(A).

None of these provisions applies to Washington. Therefore, this court has no jurisdiction to amend the sentence. The motion will be denied.

  s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 24, 2017