IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:15-cr-074** |
| | : | |
| **v.** | : | |
| | : | |
| **DOROTHY WASHINGTON** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW**, this 24th day of January, 2017, **IT IS HEREBY ORDERED** as follows:

1) The letter mailed to this court requesting a waiver of an enhancement to a sentencing guideline is deemed to be a motion for reduction of sentence (Doc. 157);

2) The motion is denied for lack of jurisdiction of this court to grant relief.

                                                         s/Sylvia H. Rambo
                                                         SYLVIA H. RAMBO
                                                         United States District Judge